UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00573-RJC-DCK

| | |
|---|---|
| EUGENE RUTKOFSKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Order** |
| LENOVO (UNITED STATES), INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| LENOVO (UNITED STATES) INC., and ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, ) | |
| Defendants. | |

**THIS MATTER** comes before the Court on the Parties' Stipulation and Joint Motion for Dismissal with Prejudice (the "Motion"). (Doc. No. 14). The Motion seek dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). By consent of the Parties, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the Parties' Joint Motion for Dismissal with Prejudice **GRANTED**, and this action is **DISMISSED with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is directed to close this case.

Signed: June 16, 2022

Robert J. Conrad, Jr.
United States District Judge